**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | | |
|---|---|---|---|
| UNIVERSAL LINEN SERVICE, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:23CV-150-DJH |
| | ) | | |
| JOHN-KENYON AMERICAN EYE INSTITUTE, LLC d/b/a EYE SURGERY CENTER OF ELIZABETHTOWN, | ) ) ) | | |
| | ) | | |
| Defendant. | ) | | |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and while expressly reserving all rights to respond to this action, Defendant John-Kenyon American Eye Institute, LLC d/b/a Eye Surgery Center of Elizabethtown ("Defendant") hereby removes this action, which was originally filed in the Circuit Court of Jefferson County, State of Kentucky, Case No. 23-CI-001410, to the United States District Court for the Western District of Kentucky on the basis of diversity jurisdiction. As grounds for removal, Defendant respectfully states as follows:

### PROCEDURAL HISTORY

1.      On March 3, 2023, Plaintiff Universal Linen Service, LLC ("Plaintiff") filed its Complaint (the "Complaint") against Defendant in the Circuit Court of Jefferson County, Kentucky, Case No. 23-CI-001410.

2.      On March 8, 2023, Defendant, through its registered agent, was served with a Civil Summons and a copy of the Complaint.

3.      Removal is timely under 28 U.S.C. § 1446(b), as Defendant has filed this Notice of Removal within thirty (30) days of when the Summons and Complaint were served.  *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348-49 (1999).

4.      Removal to this Court is proper because the Western District of Kentucky is the district embracing the place (Jefferson County, Kentucky) where this action was originally filed. *See* 28 U.S.C. § 1441(a).

5.      As required by 28 U.S.C. § 1446(a), Defendant has attached to this Notice of Removal as Exhibit 1 "a copy of all process, pleadings, and orders served upon" it in the State court action.

6.      As discussed above and set forth more fully below, this Court has jurisdiction over this action under 28 U.S.C. §§ 1332, 1441, and 1446 because diversity jurisdiction exists, Defendant has satisfied all necessary procedural requirements, and removal is not prohibited by 28 U.S.C. § 1445.

## BASIS FOR REMOVAL

7.      Title 28 U.S.C. § 1441(a) sets forth the circumstances under which a party may remove a state civil action to a United States District Court, and provides that:

> [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

8.      Pursuant to 28 U.S.C. § 1332(a), United States District Courts maintain original jurisdiction of all civil actions between citizens of different States where the matter in controversy exceeds the sum of $75,000.

**A.    The Diversity-of-Citizenship Requirement is Satisfied.**

9.    Defendant is an Indiana limited liability company.  (*See* Declaration of Joseph Gira, which is attached to this Notice of Removal as <u>Exhibit 2</u>, at ¶ 3.)  Defendant's sole member is Joseph Gira, who is domiciled in Missouri.  (*See id.*, at ¶¶ 4-6.)  Defendant is thus a citizen of Missouri.  *See Stryker Emp. Co., LLC v. Abbas*, 60 F.4th 372, 380 (6th Cir. 2023) ("A limited liability company has the citizenship of each of its members.").

10.    Plaintiff is a Kentucky limited liability company.  (*See* Complaint, <u>Exhibit 1</u> hereto, at ¶ 1.)  Defendant is informed and believes that Plaintiff's sole member is Richard Thompson Austin. (*See* Gira Declaration, <u>Exhibit 2</u> hereto, at ¶ 7.)  Defendant is further informed and believes that Mr. Austin is domiciled in Kentucky and not in Missouri.  (*Id.*, at ¶ 8.)  Plaintiff is thus a citizen of Kentucky and is not a citizen of Missouri.  *See Abbas*, 60 F.4th at 380; *see also Universal Linen Service, LLC v. Cherokee Chem. Co., Inc.*, Case No. 3-12-cv-238-H, Doc. No. 1-1 (W.D. Ky. May 9, 2012) (Plaintiff invoked court's diversity jurisdiction asserting that it is a Kentucky citizen.).

11.    Accordingly, because Defendant and Plaintiff are citizens of different states, the requisite diversity of citizenship exists in this action.

**B.    The Amount-in-Controversy Requirement is Satisfied.**

12.    Generally, where removal is sought on the basis of diversity jurisdiction, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy[.]" *See* 28 U.S.C. § 1446(c)(2).

13.    In the Complaint, Plaintiff alleges that Defendant is indebted to Plaintiff in the principal amount of $90,130.12.  (*See* Complaint, <u>Exhibit 1</u> hereto, at ¶ 8.)

14.    Thus, the $75,000 amount-in-controversy requirement is satisfied.

15.    Removal is therefore appropriate in this action on the basis of diversity jurisdiction.

**FILING OF REMOVAL PAPERS**

16.     Upon filing this Notice of Removal, Defendant will file a copy of this Notice of Removal with the Circuit Court of Jefferson County, Kentucky, and will serve a copy on all counsel of record.  28 U.S.C. § 1446 (a), (d).

17.     Under the provisions of 28 U.S.C. § 1441 and all applicable statutes, with all of which Defendant has complied, this case is removed to the United States District Court for the Western District of Kentucky.

**CONCLUSION**

For the foregoing reasons, Defendant removes this action from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky; requests that no further proceedings be had in the Circuit Court of Jefferson County, Kentucky, Case No. 23-CI-001410; and prays for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LEWIS RICE LLC**

Dated:  March 28, 2023                By:   R. Bradley Ziegler

                                              R. Bradley Ziegler, #96027KY
                                              Winthrop B. Reed, III, #42840MO
                                              (pro hac vice forthcoming)
                                              Justin M. Ladendorf, #68558MO
                                              (pro hac vice forthcoming)
                                              600 Washington Avenue, Suite 2500
                                              St. Louis, Missouri 63101-1311
                                              Telephone: (314) 444-7617
                                              Facsimile: (314) 612-7617
                                              bziegler@lewisrice.com
                                              wreed@lewisrice.com
                                              jladendorf@lewisrice.com

                                              *Attorneys for Defendant*

### ***CERTIFICATE OF SERVICE***

The undersigned hereby certifies that a copy of the foregoing was filed with this Court's ECF Filing System and served via Electronic Mail on this 28th day of March, 2023 on the following:

> Gavin Weinrich, Esq.
> Duncan Galloway Greenwald, PLLC
> 9625 Ormsby Station Road
> Louisville, Kentucky 40223
> gweinrich@dgg-law.com
>
> *Attorney for Plaintiff*

/s/ R. Bradley Ziegler