UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNIVERSAL LINEN SERVICE, LLC,                              Plaintiff,

v.                                                        Civil Action No. 3:23-cv-150-DJH-RSE

JOHN-KENYON AMERICAN EYE
INSTITUTE, LLC,                                            Defendant.

\* \* \* \* \*

### ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 15) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines previously set in this matter are **VACATED**.

May 8, 2023

David J. Hale, Judge
United States District Court

1